UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. SILVA,<br><br>       Petitioner,<br><br>  v.<br><br>CALIFORNIA HEALTH CARE FACILITY,<br><br>       Respondent. | No.  2:14-cv-2059 CKD P<br><br><br>ORDER |

Petitioner has submitted to the court a completed form-application for writ of habeas corpus under 28 U.S.C. § 2254.  However in the body of the form-application, he challenges conditions of confinement rather than the fact that he is confined.  Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to close this action.

2. The Clerk of the Court is directed to send petitioner the court's form-complaint for prisoners challenging conditions of confinement under 42 U.S.C. § 1983 and an application to proceed in forma pauperis.

3. If petitioner wishes to pursue an action concerning conditions of confinement, he should complete both forms and file them with the court.  Petitioner is informed that the filing fee

/////

1

1 | for a 42 U.S.C. § 1983 by a prisoner proceeding in forma pauperis is $350 which petitioner will
2 | be allowed to pay in installments.

3 | Dated: September 16, 2014

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
silv2059.wf